| | |
|---|---|
| DISTRICT COURT, JEFFERSON COUNTY, COLORADO<br>100 Jefferson County Parkway<br>Golden, CO 80401<br>_____<br>**Plaintiff(s):** KAREN M. KADLER and DAVID S. HOOVER<br><br>**Defendant(s):** AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation<br>_____<br>S. Scott Henderson, No. 20846<br>4155 E. Jewell Ave., Suite 809<br>Denver, CO 80222<br>Phone: 303-300-1600<br>Fax: 303-300-1666<br>Email: sshjd@aol.com<br><br>Edwin R. Smalley, No. 15239<br>445 Union Blvd., Suite 100A<br>Lakewood, CO 80228<br>Phone: 303-988-7217<br>Fax: 303-980-7928<br>Email: esmalley@smalleylaw.com<br>ATTORNEYS FOR PLAINTIFF(S) | DATE FILED: May 7, 2018 4:35 PM<br>FILING ID: 778F0D81556C4<br>CASE NUMBER: 2018CV30735<br><br><br>↑ **COURT USE ONLY** ↑<br>_____<br><br>Case Number _____<br><br>Courtroom/Division _____ |

**COMPLAINT FOR DAMAGES AND JURY DEMAND**

The above-named Plaintiffs, by and through counsel of record, S. Scott Henderson, Esq., and Edwin R. Smalley, Esq., as their COMPLAINT FOR DAMAGES AND JURY DEMAND, allege, aver and state as follows:

GENERAL ALLEGATIONS

1. Defendant American Family Mutual Insurance Company, a Wisconsin corporation, (hereinafter, "Defendant" or "American Family"), is registered and in good standing to do business in the State of Colorado, and has its principal place of business at 6000 American Parkway, Madison, WI 53783-0001 with the Colorado Division of Insurance, 1560 Broadway, Denver, CO 80202 as its registered agent for service.

2. Defendant American Family is the entity that issued the insurance policy at issue in this

lawsuit.

3. Hereinafter, "Defendant" refers to <u>each</u> Defendant, his, hers or its agents, servants and employees, liable jointly and severally under <u>respondeat superior</u> and other legal principles. Likewise, "Plaintiff" refers to each Plaintiff unless otherwise designated.

4. At all times relevant, the Defendant acted individually and through himself, herself or its agents, servants and employees and is thus responsible for such errors or omissions.

5. At all times relevant, all events occurred within the jurisdiction of this Court.

6. Venue in this matter is proper before this Court. *See,* C.R.C.P. 98(c)(1).

7. On or about May 8, 2017, a thunderstorm which produced substantial rain and hail damaged the Plaintiffs' insured residential property at 24977 Foothills Drive N., Golden, Jefferson County, CO 80401-8558. At the time of the thunderstorm and hail damage, the Plaintiffs were insured by Defendant pursuant to an insurance policy and their property damage benefits were due under Policy Number 05-D63622-01 and Claim Number 00-865-072423 with coverage as mandated by Colorado law and the insurance contract.

8. Plaintiffs purchased from Defendant American Family an insurance policy on their house which Defendant marketed and named "Colorado Homeowners Policy Gold Star Special Deluxe Form".

9. Defendant sold and Plaintiffs bought and paid extra premiums for "increased building replacement coverage".

10. In assessing premiums to charge Plaintiffs for the policy it sold, Defendant recognized and applied "customer longevity discount/claim free discount".

11. In assessing premiums to charge Plaintiffs for the policy it sold, Defendant recognized and applied "home and auto discount".

12. In assessing premiums to charge Plaintiffs for the policy it sold, Defendant recognized and applied "home and umbrella discount".

13. In assessing premiums to charge Plaintiffs for the policy it sold, Defendant recognized and applied "age of customer discount".

14. Plaintiffs timely paid all applicable premiums for such policy.

15. At all material times hereto, Plaintiffs' policy has been in full force and effect.

16. Plaintiffs have met all conditions precedent to coverage under the insurance contract.

17. Plaintiffs provided timely notice of the insurance claim to Defendant insurer.

18. Plaintiffs, Karen M. Kadler and David S. Hoover, are first-party claimants pursuant to C.R.S § 10-3-1115 and are asserting entitlement to insurance benefits owed directly to or on behalf of an American Family insured under insurance Policy Number 05-D63622-01 issued by Defendant American Family.

19. As a result of the incident, the Plaintiffs sustained property damage including, but not limited to, damage to the roof, skylights, stucco siding and decks of their property which required replacement.

20. Defendant has unreasonably delayed the payment of Plaintiffs' claims for incident-related insurance claims, and has unreasonably failed to agree to pay incident-related claims, in violation of various Colorado statutes including, but not limited to, C.R.S. § 10-3-1115, C.R.S. § 10-3-1116, C.R.S. § 10-3-1104 and any other applicable Colorado statutes and case law.

21. Defendant has unreasonably denied insurance benefit payment(s) and/or unreasonably delayed insurance benefit payment(s) that resulted from the May 8, 2017 storm that damaged Plaintiffs' property.

22. Defendant knew its position and/or conduct was unreasonable, or recklessly disregarded that its position and/or conduct was unreasonable, when it delayed payment of Plaintiffs' incident-related insurance claims.

23. Defendant knew its position and/or conduct was unreasonable, or recklessly disregarded that its position and/or conduct was unreasonable, when it denied payment for Plaintiffs' incident-related insurance claims.

24. Defendant's unreasonable and/or willful and/or reckless misconduct in denying, delaying, frustrating and/or reducing insurance benefit payments inflicted upon Plaintiffs consequences against which Plaintiffs insured themselves by purchasing Defendant's policy and paying premiums to Defendant.

FIRST CLAIM FOR RELIEF
(Breach of Contract)

25. Plaintiffs incorporate herein by reference the foregoing allegations as if set forth in their entirety.

26. By failing to pay for all incident-related benefits owed under policy 05-D63622-01,

        Defendant has breached this contract of insurance.

27.      Defendant's breach of the insurance contract has caused Plaintiffs to incur injuries, losses and damages.

28.      Plaintiffs are entitled to damages for the Defendant's breach of contract as set forth in the prayer for relief below.

SECOND CLAIM FOR RELIEF
(C.R.S. § 10-3-1115 Violation and C.R.S. § 10_3-1116 Damages)

29.      Plaintiffs incorporate herein by reference the foregoing allegations as if set forth in their entirety.

30.      Pursuant to C.R.S. § 10-3-1115(1)(b)(I), Plaintiffs are first-party claimants.

31.      Pursuant to C.R.S. § 10-3-1116(1), a first-party claimant such as Plaintiffs are entitled to recover attorney fees, court costs and "two times the covered benefit" for Defendant's unreasonable delay or denial of Plaintiffs' claims for benefits.

32.      Defendant has breached C.R.S. § 10-3-1115 by unreasonably delaying and/or denying one or more of Plaintiffs' incident-related insurance claims in whole or in part.

33.      Plaintiffs are entitled to an award of two times the delayed and/or denied covered benefits, plus attorneys fees and costs.

34.      Plaintiffs are entitled to damages for the Defendant's breach of contract as set forth in the prayer for relief below.

THIRD CLAIM FOR RELIEF
(Bad Faith Breach of Insurance Contract)

35.      Plaintiffs incorporate herein by reference the foregoing allegations as if set forth in their entirety.

36.      Defendant owes the Plaintiffs a duty of good faith and fair dealing in the handling of Plaintiffs' incident-related insurance claims.

37.      Defendant's breach includes violation of the Unfair Claims Practices Act, C.R.S. § 10-3-1104(1)(h), including, but not limited to, the following:

        i.      misrepresenting pertinent facts relating to its insurance coverage. C.R.S. § 10-3-1104(1)(h)(I).

   ii. failing to acknowledge and act reasonably promptly upon communications regarding Plaintiffs' insurance claims. C.R.S. § 10-3-1104(1)(h)(II).

   iii. failing to adopt and implement reasonable standards for the prompt investigation of claims. C.R.S. § 10-3-1104(1)(h)(III).

   iv. refusing to pay Plaintiffs' claims without conducting a reasonable investigation based upon all available information. C.R.S. § 10-3-1104(1)(h)(IV).

   v. failing to affirm coverage within a reasonable time after submission of proof of loss. C.R.S. § 10-3-1104(1)(h)(V).

   vi. not attempting in good faith to effectuate a prompt, fair and equitable settlement of Plaintiffs' claims after liability became reasonably clear. C.R.S. § 10-3-1104(1)(h)(VI).

   vii. delaying the investigation or payment of Plaintiffs' claims by unreasonably requesting Plaintiffs' to present duplicate information. C.R.S. § 10-3-1104(1)(h)(XII).

   viii. compelling Plaintiffs to file this lawsuit to recover benefits under the insurance policy. C.R.S. § 10-3-1104(1)(h)(VII).

38. By failing to pay or timely pay incident-related insurance expenses and claims, Defendant acted unreasonably or took an unreasonable position with the knowledge that its conduct or position was unreasonable, or recklessly disregarded the fact that its conduct or position was and/or is unreasonable.

39. Defendant's bad faith breach of the insurance contract was a cause of Plaintiffs' injuries, losses or damages.

40. Plaintiffs are entitled to recover economic and non-economic damages, and other damages/remedies under the facts and circumstances, prejudgment interest, and all other relief provided under Colorado law for Defendant's bad faith breach of the insurance contract as set forth in the prayer for relief below.

  WHEREFORE, upon the foregoing bases, the Plaintiffs pray for judgment over and against the Defendant for all damages and remedies permitted by law for breach of contract and violation of Colorado statues, for unpaid contract benefits, for all interest allowable at law for outstanding balances and untimely payments, for reasonable attorney fees and costs and two times the covered benefits pursuant to C.R.S. § 10-3-1116, and for damages for willful and wanton breach of contract pursuant to statute. In addition, Plaintiff prays for judgement over and

against the Defendant for all damages and remedies permitted by law for bad faith breach of contract, for all damages permitted by law under the circumstances including non-economic damages, economic damages and all other damages permitted under the facts, for all interest allowable at law, for all costs permitted at law including expert witness fees and discovery costs, and for such other and further relief as the Court deems proper and just.

PLAINTIFFS DEMAND TRIAL TO A JURY OF SIX.

DATED this 7th day of May, 2018.

Respectfully Submitted,

S. SCOTT HENDERSON, ESQ.

(Original duly executed and
maintained pursuant to CRCP 121 §1-26:9)

By s/ S. Scott Henderson
  S. Scott Henderson, #20846
  4155 E. Jewell Ave., Suite 809
  Denver, Colorado 80222
  303-300-1600

  Edwin R. Smalley, #No. 15239
  445 Union Blvd., Suite 100A
  Lakewood, CO 80228
  Phone: 303-988-7217
  Fax: 303-980-7928

  ATTORNEYS FOR THE PLAINTIFFS

Plaintiffs' Address:
24977 Foothills Drive N.
Golden, CO 80401-8558