IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:18-cv-01936-CMA-NYW

**KAREN M. KADLER and DAVID S. HOOVER**,

    Plaintiffs,

v.

**AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation**,

    Defendant.

___

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**
___

    The Plaintiffs, Karen M. Kadler And David S. Hoover, and Defendant, American Family Mutual Insurance Company, by and through their attorneys of record, hereby stipulate and agree that all claims that were brought and all claims which could have been brought against Defendant are dismissed WITH PREJUDICE, all claims between Plaintiffs and Defendant, American Family Mutual Insurance Company, having been amicably resolved, the parties to pay their own fees and costs.

    Respectfully submitted this 4th day of December, 2018.


/s/ *S. Scott Henderson*                   /s/ *Thomas P. Crowley*
S. Scott Henderson                          Debra K. Sutton
Attorney for Plaintiffs                   Thomas P. Crowley
                                              Sandy Eloranto

2

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December, 2018, I electronically filed a true and correct copy of the above and foregoing Stipulated Motion for Dismissal With Prejudice with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

S. Scott Henderson
4155 E. Jewell Ave., Ste 809
Denver CO  80222

Edwin R. Smalley
445 Union Blvd., Ste 100A
Lakewood CO  80228

*/s/   Sarah E. Anderson*
*A duly signed original is on file at*
*Sutton | Booker | P.C.*

2